1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECULATIVE PRODUCT DESIGN, INC., dba SPECK PRODUCTS, a California Corporation,<br><br>              Plaintiff,<br><br>     vs.<br><br>ROLLERPAK, INC., a California Corporation, et al.,<br><br>            Defendants. | Case No.: SACV11-00310 CJC (RZx)<br><br>**[~~PROPOSED~~] PERMANENT INJUNCTION AGAINST DEFENDANT ROLLERPAK, INC.** |

The Court, pursuant to the Stipulation for Entry of Permanent Injunction ("Stipulation"), between Plaintiff SPECULATIVE PRODUCT DESIGN, INC. d/b/a SPECK PRODUCTS ("Plaintiff"), on the one hand, and Defendant ROLLERPAK, INC. ("Defendant"), on the other hand, hereby ORDERS,

ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Defendant as follows:

1.   **PERMANENT INJUNCTION.**  Defendant and any person or entity acting in concert with, or at the direction of it, including any and all agents, servants, employees, and partners, are hereby restrained and enjoined, pursuant to 15 *U.S.C.* § 1116, from infringing upon Plaintiff's Speck® trademarks in any manner likely to cause confusion, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

a.     marketing, selling, offering for sale, distributing or dealing in any product or service using the "SPECK" trademark, or otherwise making any use of, any of Plaintiff's Speck® trademarks, and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's Speck® trademarks, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

b.     performing or allowing others employed by or representing it, or under its control, to perform any act or thing which is likely to injure Plaintiff, any of Plaintiff's Speck® trademarks, and/or Plaintiff's business reputation or goodwill;

c.     engaging in any acts of federal and/or state trademark infringement, false designation of origin, unfair competition, dilution, or other act which would tend damage or injure Plaintiff; and/or

d.     using any Internet domain name, website, or website listing title or content that includes any of Plaintiff's Speck® trademarks in a manner likely to cause confusion.

2. This Permanent Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court and shall terminate this action.

3. The Court finds there is no just reason for delay in entering this Permanent Injunction, and, pursuant to Rule 54(a) of the *Federal Rules of Civil Procedure*, the Court directs immediate entry of this Permanent Injunction against Defendant.

4. **NO APPEALS AND CONTINUING JURISDICTION.** No appeals shall be taken from this Permanent Injunction, and the parties waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction.

5. **NO FEES AND COSTS.** Each party shall bear its own attorneys' fees and costs incurred in this matter.

IT IS SO ORDERED, ADJUDICATED and DECREED this 15th day of November, 2011.

_____
HON. CORMAC J. CARNEY
United States District Judge for the Central
District of California